ORIGINAL

FILED
MAR 31 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**WASHINGTON MUTUAL, INC., AS SUCCESSOR IN INTEREST TO H.F. AHMANSON & CO. AND SUBSIDIARIES,**
**Plaintiff,**

**v.**

**THE UNITED STATES of AMERICA,**

**Defendant.**

**No. 08-211 T**

**RCFC 7.1 DISCLOSURE STATEMENT**

In a Complaint of even date herewith, Washington Mutual, Inc. ("Washington Mutual"), as successor in interest to H.F. Ahmanson & Co. and Subsidiaries, EIN 91-1653725, is instituting a suit for refund of internal revenue taxes erroneously or illegally assessed or collected by the defendant, United States of America. As a nongovernmental corporate party to a civil action in this Court, Washington Mutual is required to file this Disclosure Statement pursuant to RCFC 7.1.

1. There is no parent corporation of Washington Mutual.

2. There is no publicly held corporation that owns ten percent or more of Washington Mutual's stock.

Signed: Thomas D. Johnston

Date: March 31, 2008

Thomas D. Johnston
Counsel of Record
c/o Shearman & Sterling LLP
801 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 508-8022
Facsimile: (202) 508-8100

Of Counsel:

**SHEARMAN & STERLING** LLP
Steven R. Dixon
801 Pennsylvania Ave., NW
Washington, D.C. 20004-2634
Telephone: (202) 508-8000
Fax: (202) 508-8100

**MILLER & CHEVALIER** Chartered
Maria O'Toole Jones
Trever K. Asam
655 15th St., NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 626-5800
Fax: (202) 626-0858