# In the United States Court of Federal Claims

No. 08-211 T
(Filed June 2, 2008)

* * * * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC., *
as successor in interest of *
H. F. AHMANSON & CO. and *
SUBSIDIARIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
* * * * * * * * * * * * * * * * * ** * * * *

**ORDER**

Currently before the court are Plaintiff's Amended Complaint (unfiled) and defendant's motion for enlargement of time to file its answer. On March 31, 2008, plaintiff's complaint was filed by the court and designated as an electronic case, pursuant to Appendix E of the Rules of the Court of Federal Claims (RCFC). Defendant's deadline to answer plaintiff's complaint was set to be filed on or before May 30, 2008. On May 27, 2008, the Clerk's Office received Plaintiff's Amended Complaint. The Clerk's Office stated the submission was defective because plaintiff had submitted the filing in paper format. Pursuant to the RCFC, Appendix E, all documents in this case are to be filed electronically, except with leave of the court upon good cause shown. Additionally, all electronic documents are to be in portable document format (.pdf). On, May 29, 2008, defendant filed an unopposed Motion for an Enlargement of Time of thirty days, to and including June 29, 2008, to file its answer or other response to plaintiff's complaint. All matters were referred to the undersigned for a ruling.

In an effort to avoid unnecessary delay and expense and in large part based upon considerations of judicial economy, the court shall allow the filing of plaintiff's amended complaint. However, plaintiff shall file an electronic version

on the court's docket within five days from the date of this order, in accordance with RCFC, Appendix E.

Plaintiff's amended complaint shows certificate of service to defendant, via U.S. mail, on May 14, 2008. On May 30, 2008, defendant filed an unopposed Motion for Enlargement of Time of thirty days, to and including June 29, 2008, within which to file its answer or other response in the subject matter.[1] Defendant's motion states that plaintiff's counsel has no objection to the allowance of the motion. The court assumes the parties have communicated and that defendant's motion for enlargement of time to file its answer or other response is with respect to plaintiff's amended complaint as opposed to plaintiff's original complaint.

Accordingly, it is hereby **ORDERED** that

(1) The Clerk's Office is directed to **FILE** by leave of the court plaintiff's **Amended Complaint** (in paper format) as of the date it was received, May 27, 2008;

(2) Plaintiff is directed to **FILE** its **Amended Complaint** on the court's electronic case docket in proper electronic format, on or before **June 6, 2008**;

(3) Defendant's Motion for Enlargement of Time to file its answer to plaintiff's complaint, filed May 29, 2008 is deemed to be an enlargement of time to respond to plaintiff's amended complaint and is **GRANTED**; and

(4) Defendant shall **FILE** its **Answer/Response** to Plaintiff's Amended Complaint on or before **June 30, 2008**.

s/Lynn J. Bush
LYNN J. BUSH

[1]/ June 29, 2008 is a Sunday; therefore, defendant's response deadline shall be set on the following business day, June 30, 2008.

Judge