# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**WASHINGTON MUTUAL, INC.,**

**Plaintiff,**

**WASHINGTON MUTUAL INC., et al.**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**Nos. 08-211T, 08-321T**
**Filed: June 6, 2008**
**cc: Judge Bush**

## O R D E R

The above-captioned case is a participating case in the United States Court of Federal Claims' Alternative Dispute Resolution (ADR) Automatic Referral Program and the undersigned is the ADR judge assigned to these cases.

The court, therefore, **SCHEDULES** an ADR Conference with the parties on **Tuesday, July 8, 2008, 2:30 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (202) 508-8022 and defendant's counsel at (202) 307-0840. The parties should be prepared to discuss the possibility of resolving all or part of the above-captioned cases via alternative means.

The parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Monday, June, 30, 2008, 12:00 p.m.** via facsimile no. (202) 357-6586. An example of the ADR Confidentiality Agreement is attached to General Order No. 44, and is located on the court's internet website at: http://www.uscfc.uscourts.gov/adr.htm. The parties may make reasonable, appropriate changes to the sample ADR Confidentiality Agreement. A copy of this ADR order will be provided to the presiding judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**