IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 08-211 T

(Judge Lynn J. Bush)

WASHINGTON MUTUAL, INC., AS SUCCESSOR IN INTEREST TO H.F. AHMANSON & CO. AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of thirty days from July 30, 2008, to and including August 30, 2008, within which to file its answer or other response in the above-captioned case. This is the third enlargement of time requested for this purpose; the first two requests having been granted for a total of sixty-one days.

In support of this motion, defendant states that its trial attorney has received a defense recommendation from the Internal Revenue Service ("IRS") but has not yet received the complete administrative file which is necessary to prepare a response to the complaint. Counsel for the IRS has forwarded part of the administrative file and is in the process of forwarding the

remaining files.[1] Counsel for the IRS and defendant's trial attorney are working together to identify and locate additional documents not presently contained in the administrative file and which are necessary in order to prepare a response to the complaint. Defendant's trial attorney expects to receive the additional administrative files and to respond to the complaint within the time requested. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant chief

s/Steven I. Frahm
Of Counsel

July 24, 2008

[1]The IRS advised that transmission of a digital copy of part of the administrative file has been delayed pending resolution of a technical electronic formatting issue.