# In the United States Court of Federal Claims

No. 08-211 T

(Filed July 28, 2008)

* * * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC., *
as successor in interest of *
H. F. AHMANSON & CO. and *
SUBSIDIARIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On July 25, 2008, defendant filed an unopposed Motion for Enlargement of Time of thirty days, to and including August 30, 2008, within which to file its answer or other responsive pleading in the above-captioned case. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**; and defendant shall **FILE** its **Answer/Response** to plaintiff's amended complaint, on or before **August 29, 2008**.

s/Lynn J. Bush
LYNN J. BUSH
Judge