IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 08-211 T

(Judge Lynn J. Bush)

WASHINGTON MUTUAL, INC., AS SUCCESSOR IN INTEREST TO H.F. AHMANSON & CO. AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

# MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of twenty-one days from August 29, 2008, to and including September 19, 2008, within which to file its answer or other response in the above-captioned case. This is the fourth enlargement of time requested for this purpose; the first three requests having been granted for a total of ninety days.

In support of this motion, defendant states that on August 20, 2008, its trial attorney received from the Internal Revenue Service ("IRS") additional administrative files that are relevant to this action. Defendant's trial attorney requests this enlargement to allow additional time for review of the administrative files that were recently provided by the IRS. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

s/Steven I. Frahm

Of Counsel

August 20, 2008