# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**WASHINGTON MUTUAL, INC., as successor in interest to H.F. AHMANSON & CO. and SUBSIDIARIES, et al.**,

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**Nos. 08-211T, 08-321T**
**Filed: September 3, 2008**
**cc: Judge Bush**

## O R D E R

As requested by the parties, the court re-schedules the ADR Conference from **Thursday, September 4, 2008, 2:30 p.m. EDT** to **Friday, September 26, 2008, 11:30 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (202) 508-8022 and defendant's counsel at (202) 307-0840. The names and telephone numbers of any other desired participants in the ADR Conference shall be provided to chambers at (202) 357-6580 by **Wednesday, September 24, 2008, 12:00 p.m. EDT**. The parties should be prepared to discuss the possibility of resolving all or part of the case via alternative means. A copy of this ADR Order will be provided to the Presiding Judge.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**