IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 08-211 T

(Judge Lynn J. Bush)

WASHINGTON MUTUAL, INC., AS
SUCCESSOR IN INTEREST TO H.F.
AHMANSON & CO. AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of thirty-one days from September 19, 2008, to and including October 20, 2008, within which to file its answer or other response in the above-captioned case. This is the fifth enlargement of time requested for this purpose; the first four requests having been granted for a total of 111 days.

In support of this motion, defendant states that on August 20, 2008, its trial attorney received from the Internal Revenue Service ("IRS") additional administrative files relevant to this action. The additional files provided by the IRS (over 12,000 pages of documents) were produced in an electronic format. Defendant's trial attorney was unable to access the additional files in the electronic format provided by the IRS. In an effort to correct this problem, the

electronic files were forwarded to a Department of Justice computer specialist. The computer problem has been resolved and the additional files provided by the IRS are now completely accessible. Defendant's trial attorney requests this enlargement to allow additional time to complete a review of these additional administrative files. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

s/Steven I. Frahm
Of Counsel

September 17, 2008