# In the United States Court of Federal Claims

No. 08-211 T

(Filed February 18, 2009)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,        *
as successor in interest of     *
H. F. AHMANSON & CO. and        *
SUBSIDIARIES,                   *
                                *
        Plaintiff,              *
                                *
            v.                  *
                                *
THE UNITED STATES,              *
                                *
        Defendant.              *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On February 5, 2009, the parties filed a Joint Motion for Suspension of Proceedings and, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC), filed their Joint Preliminary Status Report (JPSR). Therein, the parties agree that it is appropriate to defer this action pending the outcome of a decision in *Washington Mutual, Inc. v. United States*, Case No. 06-1550, currently before the United States District Court for the Western District of Washington, Seattle (the "Western District Case"). Both parties express their belief that such a stay will significantly increase the possibility of resolving this case without trial.

In an order dated August 12, 2008, the district court ruled for defendant on its summary judgment motion. Final judgment is expected to be entered sometime in April, 2009. Jt. Mot. ¶ 6; JPSR ¶ d. Once entered, plaintiff intends to appeal the district court's ruling to the United States Court of Appeals for the Ninth Circuit. Since the parties agree that there is sufficient similarity between the issues that underlie the claims before this court and those set forth in the Western District

case, the parties request the court to stay proceedings in this matter pending the outcome of plaintiff's appeal to the ninth circuit. Additionally, the parties suggest the filing of a joint status report within thirty days of the issuance of the Ninth Circuit's decision on the Western District case informing the court of the outcome of that case and proposing further proceedings in this matter.

     For good cause shown, it is **ORDERED** the parties' motion is **GRANTED**; the Clerk's Office is directed to **STAY** the pending matter until further order of the court; and the parties are directed to **FILE** a **Joint Status Report** within thirty days of the issuance of an appellant decision in the Western District's case.

                              s/Lynn J. Bush
                              LYNN J. BUSH
                              Judge