IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 08-211 T

(ADR Judge Marian Blank Horn)

WASHINGTON MUTUAL, INC., AS
SUCCESSOR IN INTEREST TO H.F.
AHMANSON & CO. AND SUBSIDIARIES,
WASHINGTON MUTUAL BANK, A FEDERAL
ASSOCIATION, AS SUCCESSOR IN INTEREST TO
HOME SAVINGS OF AMERICA; AND SAVINGS OF
AMERICA, INC., AS SUBSTITUTE AGENT FOR H.F.
AHMANSON & CO. AND SUBSIDIARIES,

                          Plaintiffs

v.

THE UNITED STATES,

                          Defendant

STATUS REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTION

In response to Judge Horn's Order of January 23, 2009, regarding Alternative Dispute Resolution ("ADR"), the parties submit the following information:

On February 18, 2008, the Court entered an Order (Docket No. 33) staying proceedings in this case pending the outcome of *Washington Mutual, Inc. v. United States*, Case No. 06-1550, which is currently pending before the United States District Court for the Western District of Washington, Seattle. The parties believe that ADR would not be productive while proceedings are stayed pending the outcome of that case. If it later appears that ADR would be beneficial in this case, the parties will advise the Court and Judge Horn's chambers.

                Respectfully submitted,

April 23, 2009                */s/ Thomas D. Johnston*
Date                            THOMAS D. JOHNSTON
                                   Shearman & Sterling LLP
                                   801 Pennsylvania Avenue N.W.
                                   Washington, DC 20004
                                   (202) 508-8022

                                   Attorney for Plaintiffs

April 23, 2009                /s/ Jennifer Dover Spriggs
Date                            JENNIFER DOVER SPRIGGS
                                   Attorney of Record
                                   U.S. Department of Justice
                                   Tax Division
                                   Court of Federal Claims Section
                                   Post Office Box 26
                                   Ben Franklin Post Office
                                   Washington, D.C. 20044
                                   (202) 307-0840

                                   JOHN A. DiCICCO
                                      Acting Assistant Attorney General
                                   STEVEN I. FRAHM
                                     Chief, Court of Federal Claims Section
                                   G. ROBSON STEWART
                                     Assistant Chief
                                   JAMES E. WEAVER
                                     Trial Attorney

April 23, 2009                /s/ G. Robson Stewart
Date                            Of Counsel
                                   Attorneys for Defendant