## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WASHINGTON MUTUAL, INC., as Successor in Interest to H.F. Ahmanson & Co. and Subsidiaries, | )<br>)<br>)<br>) |
| WASHINGTON MUTUAL BANK, a Federal Association, as Successor in Interest to Home Savings of America; and | )<br>)<br>)<br>)<br>) |
| SAVINGS OF AMERICA, INC., As Substitute Agent for H.F. Ahmanson & Co. and Subsidiaries, | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 08-211 T<br>) The Honorable Lynn J. Bush<br>) |
| v. | )<br>) |
| THE UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | )<br>)<br>) |

### MOTION OF PLAINTIFF WASHINGTON MUTUAL, INC. FOR LEAVE TO SUBSTITUTE ATTORNEY OF RECORD

Plaintiff Washington Mutual, Inc. moves this court for leave to substitute Maria O. Jones, a member of Miller & Chevalier Chartered, as its attorney of record, in place of Thomas David Johnston, of Shearman & Sterling LLP. Mr. Johnston has consented to this substitution.

1013277.1

A declaration of appointment is attached hereto as Exhibit A.

Respectfully submitted,

Dated: January 14, 2010
Washington, DC

*Maria O. Jones*
Maria O. Jones
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800

2

1013277.1