UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WASHINGTON MUTUAL, INC., as Successor in Interest to H.F. Ahmanson & Co. and Subsidiaries,<br><br>WASHINGTON MUTUAL BANK, a Federal Association, as Successor in Interest to Home Savings of America; and<br><br>SAVINGS OF AMERICA, INC., As Substitute Agent for H.F. Ahmanson & Co. and Subsidiaries,<br><br>      Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 08-211 T<br>The Honorable Lynn J. Bush |

## MOTION OF PLAINTIFF WASHINGTON MUTUAL BANK FOR LEAVE TO SUBSTITUTE ATTORNEY OF RECORD

Plaintiff Washington Mutual Bank moves this court for leave to substitute Ellis L. Reemer, a member of DLA Piper LLP (US), as its attorney of record, in place of Thomas David Johnston of Shearman & Sterling LLP. Mr. Johnston has consented to this substitution. Along with Mr. Johnston, those lawyers from the law firms of Shearman & Sterling LLP, Miller & Chevalier Chartered, and Gibson, Dunn & Crutcher LLP who have appeared on behalf of Washington Mutual Bank in this action are withdrawing from representing Washington Mutual Bank here, but will continue to represent Plaintiff Washington Mutual, Inc.

A declaration of appointment is attached hereto as Exhibit A.

Dated:  January 15, 2010
        New York, New York

                                            Respectfully submitted,

                                            /s/ Ellis L. Reemer
                                            Ellis L. Reemer
                                            Tamara L. Shepard
                                            DLA PIPER LLP (US)
                                            1251 Avenue of the Americas
                                            27th Floor
                                            New York, NY 10020-1104
                                            Telephone: (212) 335-4980
                                            Facsimile: (212) 335-4501
                                            ellis.reemer@dlapiper.com
                                            tamara.shepard@dlapiper.com