# In the United States Court of Federal Claims

No. 08-211 T

(Filed October 8, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,          *
as successor in interest of       *
H. F. AHMANSON & CO. and          *
SUBSIDIARIES,                     *
                                  *
        Plaintiff,                *
                                  *
            v.                    *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
* * * * * * * * * * * * * * * * * * * *
```

## **ORDER**

    On October 2, 2013, the parties filed a Joint Motion for Protective Order in this matter.  Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**, and a separate protective order will issue on this date.

s/Lynn J. Bush
LYNN J. BUSH
Judge
