# In the United States Court of Federal Claims

No. 08-211 T

(Filed November 12, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,         *
as successor in interest of      *
H. F. AHMANSON & CO. and         *
SUBSIDIARIES,                    *
                                 *
        Plaintiffs,              *
                                 *
            v.                   *
                                 *
THE UNITED STATES,               *
                                 *
        Defendant.               *
* * * * * * * * * * * * * * ** * * * *
```

## ORDER

On November 8, 2013, pursuant to Rule 15(a)(2) of the Rules of the United States Court of Federal Claims (RCFC), plaintiffs filed a Consented Motion to Amend Complaint in this matter.   Plaintiffs' first amended complaint was filed June 2, 2008 and defendant's answer was filed on December 18, 2018.   RCFC 15(a)(2) states that a party may amend a pleading with the opposing parties written consent or by leave of the court.   Accordingly, plaintiffs' motion shall be granted. Defendant shall file the government's answer to plaintiffs' second amended complaint in accordance with the court's rules and this order.

Accordingly, it is hereby **ORDERED** that

(1)   Plaintiffs' Consented Motion to Amend Complaint is **GRANTED**; and

(2)  Plaintiffs shall **FILE Plaintiffs' Second Amended Complaint**, on or before **November 15, 2013**, as a separate docket entry in this matter.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge