# In the United States Court of Federal Claims

No. 08-211 T

(Filed December 3, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
WASHINGTON MUTUAL, INC.,    \*
as successor in interest of    \*
H. F. AHMANSON & CO. and    \*
SUBSIDIARIES,    \*
    \*
    *Plaintiffs*,    \*
    \*
    v.    \*
    \*
THE UNITED STATES,    \*
    \*
    *Defendant*.    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On November 20, 2013, plaintiffs filed a Motion to File Second Amended Complaint Out of Time in this matter.  Accordingly, it is hereby **ORDERED** that

    (1)    Plaintiffs' Motion to File Second Amended Complaint Out of Time is **GRANTED**; and

    (2)    Defendant shall **FILE** its **Answer** or otherwise response to plaintiffs' Second Amended Complaint on or before **December 16, 2013**.

    /s/Lynn J. Bush
    LYNN J. BUSH
    Senior Judge