# In the United States Court of Federal Claims

No. 08-211 T

(Filed December 18, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WASHINGTON MUTUAL, INC.,           *
as successor in interest of        *
H. F. AHMANSON & CO. and           *
SUBSIDIARIES,                      *
                                   *
     Plaintiffs,                   *
                                   *
         v.                        *
                                   *
THE UNITED STATES,                 *
                                   *
     Defendant.                    *
* * * * * * * * * * * * * * * * * * * *
```

## **ORDER**

On December 13, 2013, defendant filed an unopposed Motion for Enlargement of Time of twenty-five days, to and including January 10, 2014, within which to file the government's amended answer in this matter. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

                                                    /s/Lynn J. Bush
                                                    LYNN J. BUSH
                                                      Senior Judge